IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
APR 12 2023
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Tracy D Halsell / Terrell D Jordan
(Enter Above the Name of the Plaintiff in this Action)

vs.

Former President Bill Clinton
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Former President George W. Bush
Former First Lady & Secretary of State Hillary R. Clinton

1:23CV201

J. HOPKINS

M.J. LITKOVITZ

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tracy Davon Halsell
Name - Full Name Please - PRINT

2500 KEMPER LANE #417
Street Address

Cincinnati, Ohio 45206
City, State and Zip Code

513 - ~~50~~ 221-0335
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Former President Bill Clinton_
   Name - Full Name Please

   _P.O. Box 5256 New York, New York 10189_
   Address: Street, City, State and Zip Code

2. _Former First Lady & Secretary of State Hillary R. Clinton_
   _P.O. Box 5256 New York, New York 10189_

3. _Former President George W. Bush_
   _P.O. Box 259000 Dallas, Texas 75225-9000_

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I wrote to Former President Bill Clinton in 1996 I told him I was being abused by Tarras Turney Truitt Mr. Clinton acted negligently; possibly making or helping make Beyonce J. Knowles famous along with Shawn Jay Z Carter knowing that I would come later and be owed large sums of money making claims that Beyonce & Michelle were my older sisters & that I am a grandson to Michael Jordan & Cassius Clay. I wrote to Hillary Clinton in 2016/2017 already having a letter from Former President Barack H Obama indicating please know you will remain on my mind. Recently Hillary Clinton sexually assaulted me three times I believe, her, her husband & George WH Bush acted negligent, racist, discriminative & sexally assaulted me, was complicit to murder, rob, rape and deprive of life liberty & the pursuit of happiness this is a unalienable right their crimes fall under section 2315.33 complicit to murder, rape, bullying, terrorism, sexual assault, Depriving first ammendment freedom of religion 2923.03 Complicity 5924.120 Indecent Acts; 2923.02 Attempted Murder, Life, Liberty & The Pursuit of Happiness Deprivation, 3313.666 Bullying 2905.13 Unlawful Restraint 4112.02 Unlawful Discriminatory Practices Title IX SECTION 153.59 RACE/SEX DISCRIMINATION

SECTION 2911.02 ROBBERY
2911.01

-3-

2903.21   2909.04   Division (A)(3) 4 or 5
2903.22   2909.07   of section 2917.21
RACE, RELIGION, NATIONAL ORIGIN, ETHNIC Intimidation

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 22:3922 | Halsell-Jordan | vs. Beyonce, Jay Z & People Ready |
| | Halsell-Jordan | vs. Obama |
| | Halsell-Jordan | vs. Jeff Wyler Hyundai Fairfield |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want this court to order Hillary & Bill Clinton to pay $50 million and Former President George WH Bush $1 million

I state under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of April, 2023.

_Juacy D. Halsell_
Signature of Plaintiff

-4-