UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PRINCE TERRELL DARRON JORDAN, : <br> : <br> *Plaintiff*, : <br> : <br> v. : <br> : <br> FORMER PRESIDENT GEORGE W BUSH, et al., : <br> : <br> *Defendant*. : | Case No. 1:23-cv-201 <br><br> Judge Jeffery P. Hopkins |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Karen L. Litkovitz on April 24, 2023. Doc. 4. After performing an initial screen of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim on which relief may be granted. The Magistrate Judge also recommended that the Plaintiff be declared a vexatious litigator. The Court has reviewed Plaintiff's Complaint and the Report and Recommendation, as well as Plaintiff's numerous other filings in this Court. No objections to the Report and Recommendation have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

The same day the Magistrate Judge issued her Report and Recommendation, the Honorable Michael R. Barrett of this Court issued an order in a different case that declared Plaintiff to be a vexatious litigator and imposed certain prefiling restrictions. *Jordan v. Pinkett-Smith*, No. 1:23-cv-137-MRB-KLL, 2023 WL 3060265 (S.D. Ohio Apr. 24, 2023). The Magistrate Judge's recommended sanction, then, has already been imposed by the Court. As

to what remains, the Court **ADOPTS** the Magistrate Judge's April 24, 2023 Report and Recommendation (Doc. 4).

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** with prejudice for failure to state a claim on which relief may be granted. For the reasons stated in the Report and Recommendation and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. In accordance with Fed. R. App. P. 24(a)(5), Plaintiff remains free to file a motion for leave to proceed on appeal *in forma pauperis* in the Sixth Circuit Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

**IT IS SO ORDERED.**

Dated: May 16, 2023

Hon. Jeffery P. Hopkins
United States District Judge