**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| PRINCE TERRELL DARRON JORDAN, | : |
| *Plaintiff(s)*, | : |
| | : Case No. 1:23-cv-201 |
| v. | : |
| | : Judge Jeffery P. Hopkins |
| FORMER PRESIDENT GEORGE W BUSH, et al., | : |
| *Defendant(s)*. | : |

**JUDGMENT IN A CIVIL CASE**

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the May 16, 2023 Order, the Magistrate Judge's April 24, 2023 Report and Recommendation (Doc. 4) is **ADOPTED**, except as to the recommended vexatious litigator sanction, which has already been imposed. The Complaint is **DISMISSED** with prejudice for failure to state a claim on which relief may be granted. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*.

Dated: May 16, 2023

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk